IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAWRENCE FUDGE, :
    Petitioner : No. 1:21-cv-00386
:
v. : (Judge Kane)
:
SCOTT J. FINLEY, et al., : (Magistrate Judge Carlson)
    Respondents :

# ORDER

Before the Court in the above-captioned action is the April 28, 2021 Report and Recommendation of Magistrate Judge Carlson (Doc. No. 12), recommending that the Court deny Petitioner Lawrence Fudge ("Petitioner")'s petition for a writ of habeas corpus pursuant to 28 U.S.C.. § 2241.[1] No objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 18th day of May 2021, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 12) of Magistrate Judge Carlson;

2. The petition for a writ of habeas corpus (Doc. No. 1) is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

---

[1] The petition challenges the conditions of confinement at the Federal Correctional Institution at Schuylkill ("FCI-Schuylkill") related to the COVID-19 pandemic. Magistrate Judge Carlson recommends that this Court deny the petition because: (1) Petitioner has failed to exhaust administrative remedies; (2) Petitioner's request for home confinement is within the sole discretion of the Bureau of Prisons; and (3) any Eighth Amendment claim raised by the petition fails where Petitioner has fully recovered from a COVID-19 infection and has specifically declined to be vaccinated as a precaution against further COVID-19 infection. (Doc. No. 12 at 11-21.) In addition, Magistrate Judge Carlson recommends that the Court deny Petitioner's request for certification of a class action on behalf of his fellow prisoners. (Id. at 2-3.)

4. The Clerk of Court is directed to **CLOSE** this case.

.

                                                      s/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania